# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| VALLEY NATIONAL BANK | : | No. 452 MAL 2019 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| ENGLE EYEWEAR, INC., A PENNSYLVANIA CORPORATION, AND THOMAS J. ENGLE, INDIVIDUALLY | : | |
| | : | |
| THOMAS J. ENGLE | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| VALLEY NATIONAL BANK, ROBERT J. KOCHENTHAL, JR., AND JOHN C. PREVOZNIK | : | |
| | : | |
| | : | |
| PETITION OF: ENGLE EYEWEAR, INC., A PENNSYLVANIA CORPORATION, AND THOMAS J. ENGLE, INDIVIDUALLY | : | |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 15th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.